UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILD FISH CONSERVANCY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE, et al.,<br><br>Defendants. | CASE NO. C12-5109 BHS<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT |

This matter comes before the Court on Plaintiffs Federation of Fly Fishers Steelhead Committee, Wild Fish Conservancy, Wild Salmon Rivers, and Wild Steelhead Coalition's motion for leave to file second amended complaint (Dkt. 115).

On January 3, 2013, Plaintiffs filed the instant motion requesting leave to file an amended complaint challenging new agency actions. Dkt. 115. The Federal Defendants do not oppose granting leave to file the amended complaint, but ask for sixty days to answer, as well as sixty days to file the supplemental administrative record. Dkt. 121.

The Court, having considered the motion and the response, hereby grants both parties' requests. Plaintiffs shall file the Second Amended Complaint as a separate

ORDER - 1

1  docket entry. The Federal Defendants must answer and file a supplemental
2  administrative record within sixty days from the date Plaintiffs file the new complaint.
3  **IT IS SO ORDERED.**
4  Dated this 7th day of February, 2013.

                                                               BENJAMIN H. SETTLE
                                                               United States District Judge