HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILD FISH CONSERVANCY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL PARK SERVICE, *et al.*, <br><br> Defendants, | No. 3:12-CV-05109-BHS <br><br> ORDER GRANTING JOINT MOTION TO STAY PRETRIAL DEADLINES AND TRIAL DATE AND TO ESTABLISH BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT ON LIABILITY ISSUES |

BEFORE THE COURT is the Parties' Joint Motion to Stay Pretrial Deadlines and Trial Date and to Establish Briefing Schedule for Cross-Motions for Summary Judgment on Liability Issues.

The Court finds that good cause has been shown and that the requested relief should be granted.

Accordingly,

**IT IS ORDERD** that:

1. All pretrial deadlines, except for the discovery cutoff deadline, and the trial date are hereby stayed;

[PROPOSED] ORDER GRANTING JOINT
MOTION FOR STAY AND BRIEFING
SCHEDULE - 1
No. 3:12-CV-05109-BHS

SMITH & LOWNEY, P.L.L.C.
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

2. The following briefing schedule and page limits are hereby established for cross-motions for summary judgment on liability for all remaining claims:

   a. June 26, 2013: Plaintiffs' motion for summary judgment due, not to exceed 50 pages;

   b. July 24, 2013: Federal Defendants' cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment due, not to exceed 50 pages;

   c. August 7, 2013: Plaintiffs' response to Federal Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment due, not to exceed 25 pages;

   d. August 21, 2013; Federal Defendants' reply in support of Federal Defendants' cross-motion for summary judgment due, not to exceed 25 pages;

3. If the Court's ruling on the cross-motions for summary judgment does not resolve all remaining claims and issues, the Parties shall file a joint status report within fourteen days of the Court's ruling proposing a schedule for further proceedings on any outstanding issues.

DATED this _22_ day of _April_, 2013.

_____
HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Carter (Coby) Howell
Carter (Coby) Howell
Counsel for Federal Defendants


s/ Brian A. Knutsen
Brian A. Knutsen, WSBA # 38806
Counsel for Plaintiffs

[PROPOSED] ORDER GRANTING JOINT
MOTION FOR STAY AND BRIEFING
SCHEDULE - 2
No. 3:12-CV-05109-BHS

SMITH & LOWNEY, P.L.L.C.
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883