THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| WILD FISH CONSERVANCY, *et al.*, | ) | No. 3:12-CV-05109-BHS |
| | ) | |
| Plaintiffs, | ) | **FEDERAL DEFENDANTS'** |
| v. | ) | **NOTICE OF MEET AND CONFER** |
| | ) | |
| NATIONAL PARK SERVICE, *et al.*, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

Consistent with the Court's Order of March 26, 2014, counsel for Federal Defendants today conferred telephonically with counsel for Plaintiffs "regarding Plaintiffs' proposed release of 50,000 steelhead smolt and 50,000 coho smolt." ECF 191 at 25. The parties also generally discussed a briefing schedule on remedies, to which they have previously stipulated, but did not reach agreement on a formal briefing schedule today. Additionally, the parties discussed the Tribe's notice that, based on river conditions, size, and smolting behavior, releases of native coho salmon smolts began on Monday, March 24, 2014 and are expected to be complete by March 27, 2014.

1

Fed. Defs.' Notice Re: Meet and Confer - 
No. 3:12-CV-05109-BHS

U.S. Dept. of Justice, Environment & Natural Resources Div.
c/o U.S. Attorney's Office, 1000 SW Third Avenue
Portland, OR 97204-2902

Federal Defendants subsequently transmitted to Plaintiffs a letter memorializing their meet and confer, attached hereto as Exhibit 1.

Dated: March 27, 2014.

    JENNY DURKAN
    United States Attorney
    BRIAN C. KIPNIS
    Assistant United States Attorney
    5220 United States Courthouse
    700 Stewart Street
    Seattle, WA 98101-1671
    Telephone: (206) 553-7970
    Fax: (206) 553-4073
    E-mail: brian.kipnis@usdoj.gov

    ROBERT G. DREHER
    Acting Assistant Attorney General
    SETH M. BARSKY, Section Chief

    */s/ Joseph T. Mathews*
    CARTER HOWELL, Trial Attorney
    Wildlife & Marine Resources Section
    JOSEPH T. MATHEWS
    Natural Resources Section
    U.S. Department of Justice
    Environment & Natural Resources Division
    c/o U.S. Attorney's Office
    1000 SW Third Avenue
    Portland, OR 97204-2902
    (503) 727-1023 / (503) 727-1117 (fx)
    Coby.howell@usdoj.gov
    Joseph.mathews@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was today served via the Court's CM/ECF system on all counsel of record.

    */s/ Joseph T. Mathews*
    JOSEPH T. MATHEWS

2

Fed. Defs.' Notice Re: Meet and Confer -
No. 3:12-CV-05109-BHS

U.S. Dept. of Justice, Environment & Natural Resources Div.
c/o U.S. Attorney's Office, 1000 SW Third Avenue
Portland, OR 97204-2902