THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILD FISH CONSERVANCY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL PARK SERVICE, et al., <br><br> Defendants. | No. 3:12-CV-05109-BHS <br><br> AMICUS CURIAE LOWER ELWHA KLALLAM TRIBE'S NOTICE RE HATCHERY RELEASES AND RELATED APPELLATE PROCEEDINGS |

Amicus curiae Lower Elwha Klallam Tribe files this notice to address any suggestion that the timing of the release of native Elwha River coho salmon from the Tribe's fish hatchery was related to this litigation. Any such suggestion is patently false. The coho release began on Monday, March 24, 2014, and was predicated entirely on scientific conditions. *Second Declaration of Larry Ward*. At that time, the fish were of optimal size and coloration, and the fish were displaying smolting behavior, including swimming in search of an exit from the hatchery ponds. *Id.* The Fish Health Specialist at the Northwest Indian Fisheries Commission recommended to the Hatchery Manager that the fish be released at this time. *Id.* Conditions in the Elwha River also dictated this release date. As of March 24, 2014, the turbidity in the river was relatively low (that is, the level of suspended sediments that are lethal to juvenile fish) and was expected to remain low for the rest of the week. *Id.* In sum, the fish were

AMICUS CURIAE LOWER ELWHA KLALLAM
TRIBE'S NOTICE RE HATCHERY RELEASES AND
RELATED APPELLATE PROCEEDINGS
No. 3:12-CV-05109-BHS - Page 1

Kanji & Katzen, PLLC
401 Second Ave. S., Suite 700
Seattle, WA 98104
206-344-8100

released at the scientifically appropriate time, consistent with the NMFS-approved HGMP. Following the Court's March 26, 2014 order, undersigned counsel contacted the Hatchery Manager to determine the status of the coho salmon releases and promptly shared this information with all counsel. Undersigned counsel also expressed the willingness of amicus curiae Lower Elwha Klallam Tribe to discuss remedy-related issues with Plaintiffs and Federal Defendants.

By way of further background, on January 23, 2014, Plaintiffs moved for a preliminary injunction against the dismissed Tribal Defendants to enjoin or reduce the 2014 release of native Elwha River steelhead (releases which have occurred each of the past three years without objection) and native Elwha River coho salmon (which likewise have occurred for many years without objection). Dkt. 180. On March 12, 2014, the Court declined to consider Plaintiffs' motion because it was directed at non-parties dismissed well over a year ago for lack of subject matter jurisdiction. Exhibit 1 at 3:18—21 ("The plaintiffs are seeking this injunction against defendants that, again, are no longer in the case, and the Court's not going to accept the invitation here to reconsider its order dismissing the [Tribal] defendants."); *id.* at 40:21—24 ("Well, again, the Court is not going to reconsider its motion with regard to dismissing the [Tribal] defendants, and therefore the Court's without jurisdiction to enjoin people who are not parties here."). The Court also denied Plaintiffs' oral motion to enjoin the releases pending appeal. *Id.* at 41:10—16.

Plaintiffs appealed the Court's decision on March 13, 2014. Dkt. 186. In doing so, Plaintiffs transferred to the Court of Appeals for the Ninth Circuit jurisdiction over Plaintiffs' request for preliminary injunctive relief against the dismissed Tribal Defendants to enjoin the release of coho salmon and steelhead, and divested this Court of such jurisdiction. *E.g.*, *Townley v. Miller*, 693 F.3d 1041, 1042 (9th Cir. 2012). On March 17, 2014, a full week before the coho releases began, Plaintiffs notified counsel that they would *not* ask the Ninth Circuit to enjoin the March release of coho salmon. Exhibit 2. On March 21, 2014, Plaintiffs filed in the Ninth Circuit an emergency motion for injunction

AMICUS CURIAE LOWER ELWHA KLALLAM
TRIBE'S NOTICE RE HATCHERY RELEASES AND
RELATED APPELLATE PROCEEDINGS
No. 3:12-CV-05109-BHS - Page 2

Kanji & Katzen, PLLC
401 Second Ave. S., Suite 700
Seattle, WA 98104
206-344-8100

pending appeal to enjoin the April release of steelhead, roughly scheduled for the week of April 14, 2014. Exhibit 3. The dismissed Tribal Defendants' response to that motion is due Monday, March 31, 2014, and Plaintiffs have requested a ruling from the Ninth Circuit no later than April 10, 2014.

Plaintiffs and Federal Defendants previously stipulated in writing, and orally at the March 12, 2014 hearing, to file written briefs addressing the question of remedies following this Court's order on the parties' cross motions for summary judgment. Plaintiffs' proposal for a telephonic motion for a preliminary injunction (a procedure not contemplated by the federal or local rules of procedure), Dkt. 192 at 5, would be an improper use of the parties', amicus curiae's, and the Court's resources, particularly given that jurisdiction over these issues lies with the Ninth Circuit, where Plaintiffs have a motion pending that seeks the same injunctive relief.

DATED this 28th day of March, 2014.

Respectfully submitted,

s/ Cory J. Albright
s/ Jane G. Steadman
Cory J. Albright, WSBA # 31493
Jane G. Steadman, WSBA # 44395
KANJI & KATZEN, PLLC
401 Second Ave. S., Suite 700
Seattle, WA 98104
Phone: 206-344-8100
Fax: 866-283-0178
calbright@kanjikatzen.com
jsteadman@kanjikatzen.com

Counsel for Amicus Curiae Lower Elwha Klallam Tribe

s/ Stephen H. Suagee
Stephen H. Suagee, WSBA # 26776
Office of General Counsel
Lower Elwha Klallam Tribe
2851 Lower Elwha Rd.
Port Angeles, WA 98363

AMICUS CURIAE LOWER ELWHA KLALLAM
TRIBE'S NOTICE RE HATCHERY RELEASES AND
RELATED APPELLATE PROCEEDINGS
No. 3:12-CV-05109-BHS  - Page 3

Kanji & Katzen, PLLC
401 Second Ave. S., Suite 700
Seattle, WA 98104
206-344-8100

Phone: 360-452-8471
steve.suagee@elwha.nsn.us

Attorney for Amicus Curiae Lower Elwha Klallam Tribe

AMICUS CURIAE LOWER ELWHA KLALLAM
TRIBE'S NOTICE RE HATCHERY RELEASES AND
RELATED APPELLATE PROCEEDINGS
No. 3:12-CV-05109-BHS  - Page 4

Kanji & Katzen, PLLC
401 Second Ave. S., Suite 700
Seattle, WA 98104
206-344-8100

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2014, I electronically filed the AMICUS CURIAE LOWER ELWHA KLALLAM TRIBE'S NOTICE RE HATCHERY RELEASES AND RELATED APPELLATE PROCEEDINGS and the SECOND DECLARATION OF LARRY WARD using the CM/ECF system, which will send notification of the filing to all parties in this matter who are registered with the Court's CM/ECF filing system.

DATED this 28th day of March, 2014.

<u>s/ Cory J. Albright</u>
Cory J. Albright, WSBA # 31493
KANJI & KATZEN, PLLC
401 Second Ave. S., Suite 700
Seattle, WA 98104
Phone: 206-344-8100
Fax: 866-283-0178
calbright@kanjikatzen.com

Counsel for Amicus Curiae Lower Elwha Klallam Tribe

AMICUS CURIAE LOWER ELWHA KLALLAM
TRIBE'S NOTICE RE HATCHERY RELEASES AND
RELATED APPELLATE PROCEEDINGS
No. 3:12-CV-05109-BHS - Page 5

Kanji & Katzen, PLLC
401 Second Ave. S., Suite 700
Seattle, WA 98104
206-344-8100

# EXHIBIT 1

```
 1                 UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
 2                         AT TACOMA

 3

 4   WILD FISH CONSERVANCY, et al.,  )  Cause No. C12-5109BHS
                                     )
 5            Plaintiffs,            )
                                     )  Tacoma, Washington
 6       v.                          )  March 12, 2014
                                     )
 7   NATIONAL PARK SERVICE, et al.,  )
                                     )
 8            Defendants.            )
                                     )
 9

10
                       TRANSCRIPT OF HEARING
11          BEFORE THE HONORABLE BENJAMIN H. SETTLE
                  UNITED STATES DISTRICT JUDGE
12

13   APPEARANCES:

14   For the Plaintiffs:    BRIAN A. KNUTSEN
                            Smith & Lowney, PLLC
15                          917 Southwest Oak Street, Suite 300
                            Portland, Oregon 97205
16
                            CLAIRE TONRY
17                          Smith & Lowney PLLC
                            2317 E. John Street
18                          Seattle, Washington  98112

19   For the Federal
     Defendants:            CARTER HOWELL
20                          U.S. Department of Justice
                            Environment & Natural Resources Division
21                          100 Southwest Third Avenue
                            Portland, Oregon  97204-2902
22
                            JOSEPH T. MATHEWS
23                          U.S. Department of Justice
                            Environment & Natural Resources Division
24                          P.O. Box 7611
                            Washington, DC 20044
25
```

 1            MR. HOWELL:  Good morning, Your Honor.  Carter Howell
 2   on behalf of federal defendants.  With me today is Joseph
 3   Mathews.
 4            THE COURT:  Good morning.
 5            MR. ALBRIGHT:  Good morning, Your Honor.  Cory
 6   Albright on behalf of the dismissed tribal defendants.  Along
 7   with me are Jane Steadman from my office, as well as general
 8   counsel of the Lower Elwha Klallam Tribe, Stephen Suagee.
 9            THE COURT:  Good morning.
10       Well, this matter has been set for a hearing on the
11   cross-motions for summary judgment, and the plaintiffs are
12   seeking a preliminary injunction to direct the Elwha
13   defendants from releasing the proposed quantity of hatchery
14   steelhead and coho salmon smolt into the Elwha River or its
15   tributaries, or in the alternative to reduce releases to
16   50,000 each species; and secondly, to prevent the proposed
17   steelhead broodstock collection activities.
18       The plaintiffs are seeking this injunction against
19   defendants that, again, are no longer in the case, and the
20   Court's not going to accept the invitation here to reconsider
21   its order dismissing the defendants.
22       Having said that, the Court intends to render a decision
23   here on the cross-motions within a few days, and if the
24   plaintiffs prevail, then it seems to the Court that the
25   permits upon which the Elwha defendants intended to proceed to

1  this case is to strike the motion as improvidently filed
2  against tribal defendants.
3      The other procedural issue that I would raise is that the
4  plaintiffs had an opening brief, a reply brief, and at oral
5  argument, for the first time, we are hearing this request for
6  relief of an extension of time.  Procedurally you can't change
7  your request for relief at oral argument on the motion.  If
8  they wanted that, they should have put it in their opening
9  motion, or at least raised it in their reply.  They chose not
10 to do so.
11     The final issue, and it goes to the fish, Your Honor.  The
12 timing, what happens with juveniles in a holding facility is
13 that they start the smoltification process, and when they
14 reach a certain level, the fish go.  That's why the hatchery
15 operators know when to release them.
16     If they begin to smolt and you hold them too long, it is
17 not good for the fish, and in many cases you have to destroy
18 those fish.  So there are some equities involved beyond the
19 procedural issues that we're just now hearing for the first
20 time.
21         THE COURT:  Well, again, the Court is not going to
22 reconsider its motion with regard to dismissing the
23 defendants, and therefore the Court's without jurisdiction to
24 enjoin people who are not parties here.
25         MR. KNUTSEN:  May I respond, Your Honor?

```
 1            THE COURT:  Yes.
 2            MR. KNUTSEN:  Just to be clear -- maybe I wasn't
 3   entirely clear.  What we're requesting here is not different
 4   relief in association with the pending preliminary injunction
 5   motion.  We are filing -- making a new motion here today,
 6   orally requesting that the Court issue an injunction pending
 7   appeal.  And regardless of whether the Court is inclined to
 8   strike the motion for preliminary injunction or deny it --
 9            THE COURT:  Enjoining the federal defendants?
10            MR. KNUTSEN:  No, sir.  Imposing an injunction
11   against the hatchery operators.  Regardless of whether the
12   Court is inclined to strike the pending preliminary injunction
13   motion or deny it, the plaintiffs, nonetheless, are making a
14   motion here today for an injunction pending appeal as properly
15   provided under the rules of procedure.
16            THE COURT:  The motion is denied.
17            MR. KNUTSEN:  Thank you.
18            THE COURT:  Are there any other matters to come
19   before the court?
20       All right.  We will be in recess.
21            THE CLERK:  All rise.
22       (Above hearing concluded.)
23
24
25
```

```
 1
 2                    C E R T I F I C A T E
 3
 4    I certify that the foregoing is a correct transcript from
 5   the record of proceedings in the above-entitled matter.
 6
 7   /s/  Julaine V. Ryen            March 14, 2014
          JULAINE V. RYEN                 Date
 8
 9
10
...
25
```

# EXHIBIT 2

## Cory Albright

**From:** Brian Knutsen <briank@igc.org>
**Sent:** Monday, March 17, 2014 1:34 PM
**To:** 'Steve Suagee'; "Cory Albright"; 'Howell, Coby (USAOR)'; matthew.littleton@usdoj.gov; 'Mathews, Joseph (ENRD)'
**Cc:** rasmithwa@igc.org; elizabethz@igc.org; 'Claire Tonry'; 'Brian Knutsen'
**Subject:** Wild Fish Conservancy, et al. v. National Park Service et al.; 9th Cir. No. 14-35196

Counsel,

Plaintiffs-Appellants in this matter intend to file an emergency motion for an injunction pending appeal under Circuit Rule 27-3. The motion will only address the proposed release of steelhead to occur this April. Plaintiffs will request action on the motion by April 10. I do not yet know when the motion will be filed, but Plaintiffs are endeavoring to file it as soon as possible. The Ninth Circuit has been notified of this matter.

I request that you consider whether the parties should stay or extend the current briefing schedule set for this appeal (not for the emergency motion). It seems likely that the district court will enter a final judgment in this matter before the actions subject to the appealed preliminary injunction decision resume—before next year's releases and steelhead broodstock collection. Please let me know your thoughts on this proposal.

Thank you, Brian.

Brian A. Knutsen
Smith & Lowney, PLLC
917 SW Oak St., Suite 300
Portland, OR 97205
Tel: (971) 373-8692; Fax: (206) 860-4187
Email: briank@igc.org
http://www.smithandlowney.com

# EXHIBIT 3

Appeal No. 14-35196

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

WILD FISH CONSERVANCY, *et al.*,

*Plaintiffs-Appellants,*

vs.

NATIONAL PARK SERVICE, *et al.*,

*Defendants-Appellees.*

On Appeal from the United States District Court for the
Western District of Washington Case No. 3:12-CV-05109-BHS

**PLAINTIFFS-APPELLANTS' EMERGENCY MOTION UNDER CIRCUIT
RULE 27-3 FOR INJUNCTION PENDING APPEAL
(ACTION REQUESTED BY APRIL 10, 2014)**

Brian A. Knutsen, WSBA No. 38806
Richard A. Smith, WSBA No. 21788
Claire E. Tonry, WSBA No. 44497
Smith & Lowney, PLLC
2317 E. John Street; Seattle, Washington 98112
Telephone: (206) 860-2883; Facsimile: (206) 860-4187

*Attorneys for Plaintiffs-Appellants*

Plaintiffs assert that the National Environmental Policy Act ("NEPA") requires that an environmental impact statement ("EIS") be prepared fully evaluating the hatchery strategy proposed to restore salmonid populations to the newly-opened Elwha River watershed and alternatives to that approach. Plaintiffs believe that such an EIS is essential to inform decision-makers and the public of the risks and benefits associated with the proposed course of action and alternatives thereto *before* this nationally- and internationally-significant project is implemented.

Plaintiffs respectfully request the Court issue an order pending appeal enjoining the release of hatchery steelhead proposed to occur this April to prevent irreparable injury to threatened salmonids. Alternatively, Plaintiffs request the Court order a reduction in this release to no more than 50,000 steelhead. Such a release would continue to supply the hatchery's broodstock—thereby ensuring against any perceived risk of extirpation—while greatly reducing the irreparable harm inflicted on threatened salmonids. Specifically, Plaintiffs request an order pending appeal directing the Hatchery Managers to take such actions as are necessary to prevent the release of hatchery steelhead into the Elwha River or its tributaries, or, alternatively, to reduce such release to 50,000 steelhead.

The record includes contradictory statements regarding when this release is to occur. However, counsel for the Hatchery Managers has indicated that the

release is to occur "roughly on April 15th." **Accordingly, Plaintiffs respectfully request resolution of this motion by April 10, 2014.**

### III.  Notification of Counsel to Other Parties.

On March 17, 2014, I notified the following attorneys of Plaintiffs' intent to file this motion: Stephen Suagee and Cory Albright (attorneys for the Hatchery Defendants) and Matthew Littleton, Coby Howell, and Joseph Mathews (attorneys for the Federal Defendants).

### IV.  District Court Disposition.

All grounds advanced in support of this motion were submitted to the district court. All materials submitted in support of this motion except for the Declaration of Dr. Jack Stanford and the Declaration of Dr. Gordon Luikart were before and cited to the district court and are already in the possession of the parties. Declarations substantially similar to the Declaration of Dr. Jack Stanford and the Declaration of Dr. Gordon Luikart were submitted to the district court. The district court denied Plaintiffs' motion for a preliminary injunction and Plaintiffs' motion for an injunction pending appeal during oral argument held March 12, 2014.

DATED this 21st of March, 2014.

s/ Brian A. Knutsen  
Brian A. Knutsen, WSBA No. 38806  
*Attorney for Plaintiffs-Appellants*

RESPECTFULLY SUBMITTED this 21st day of March, 2014.

By: s/ Brian A. Knutsen
    Brian A. Knutsen, WSBA No. 38806
    Richard A. Smith, WSBA No. 21788
    Claire E. Tonry, WSBA No. 44497
Smith & Lowney, PLLC
2317 E. John Street; Seattle, WA 98112
Tel: (206) 860-2883; Fax: (206) 860-4187

*Attorneys for Plaintiffs-Appellants*