THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILD FISH CONSERVANCY, et al., | No. 3:12-CV-05109-BHS |
| Plaintiffs, | **STIPULATED MOTION FOR ENTRY OF BRIEFING SCHEDULE ON REMEDY AND ORDER** |
| v. | |
| NATIONAL PARK SERVICE, et al., | |
| Defendants, | NOTE ON MOTION CALENDAR: April 23, 2014 |

The Court's Order of March 26, 2014 granted in part and denied in part the summary judgment cross-motions of both Plaintiffs and Federal Defendants, directed the parties to meet and confer regarding remedies, and absent an agreement, instructed the parties to file a proposed briefing schedule on remedies. Dkt. 191. Plaintiffs and Federal Defendants completed the ordered meet and confer process on March 27, but did not reach agreement. Therefore, the parties and Amicus Curiae[1] Lower Elwha Klallam Tribe, pursuant to Local Civil Rule 10(g), now stipulate to and jointly move for entry of the following schedule for briefing the issues related to remedies in this case:

---

[1] Plaintiffs maintain that the Elwha Defendants remain parties under Rule 54(b).

Stip. Mot. for Entry of Briefing Sched. On Remedy -
No. 3:12-CV-05109-BHS

U.S. Dept. of Justice, Environment & Natural Resources Div.
c/o U.S. Attorney's Office, 1000 SW Third Avenue
Portland, OR 97204-2902

1

The Opening Brief of Plaintiffs shall be due **May 19, 2014**, limited to twenty-four (24) pages.

The Response Briefs of Federal Defendants and Amicus Curiae Lower Elwha Klallam Tribe shall be due **June 16, 2014**, limited to twenty-four (24) pages each.

The Reply Brief of Plaintiffs shall be due **June 30, 2014**, limited to twenty-four (24) pages.

IT IS SO ORDERED.

Dated: 4/24/14

_____
Benjamin H. Settle
United States District Judge

| | |
|---|---|
| Dated: April 23, 2014<br>JENNY DURKAN<br>United States Attorney<br>BRIAN C. KIPNIS<br>Assistant United States Attorney<br>5220 United States Courthouse<br>700 Stewart Street<br>Seattle, WA 98101-1671<br>Telephone: (206) 553-7970<br>Fax: (206) 553-4073<br>E-mail: brian.kipnis@usdoj.gov<br><br>ROBERT G. DREHER<br>Acting Assistant Attorney General<br>SETH M. BARSKY, Section Chief<br><br>/s/ Joseph T. Mathews<br>CARTER HOWELL, Trial Attorney<br>Wildlife & Marine Resources Section<br>JOSEPH T. MATHEWS, Trial Attorney<br>Natural Resources Section<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>c/o U.S. Attorney's Office<br>1000 SW Third Avenue<br>Portland, OR 97204-2902<br>(503) 727-1023 / (503) 727-1117 (fx)<br>Coby.howell@usdoj.gov<br>Joseph.mathews@usdoj.gov<br>COUNSEL FOR FEDERAL DEFENDANTS | /s/ Brian A. Knutsen (with authorization)<br>Brian A. Knutsen, WSBA # 38806<br>Richard A. Smith, WSBA # 21788<br>Claire E. Tonry, WSBA # 44497<br>Elizabeth H. Zultoski, WSBA # 44988<br>Smith & Lowney, PLLC<br>2317 East John St., Seattle, WA 98112<br>Tel: (206) 860-2883; Fax: (206) 860-4187<br>E-mail: briank@igc.org; rasmith@igc.org;<br>clairet@igc.org<br>COUNSEL FOR PLAINTIFFS<br><br>/s/ Cory J. Albright (with authorization)<br>Cory J. Albright, WSBA # 31493<br>KANJI & KATZEN, PLLC<br>401 Second Ave. S., Suite 700<br>Seattle, WA 98104<br>Phone: 206-344-8100; Fax: 866-283-0178<br>calbright@kanjikatzen.com<br><br>/s/ Stephen H. Suagee (with authorization)<br>Stephen H. Suagee, WSBA # 26776<br>Office of General Counsel<br>Lower Elwha Klallam Tribe<br>2851 Lower Elwha Rd.<br>Port Angeles, WA 98363<br>Phone: 360-452-8471<br>steve.suagee@elwha.nsn.us<br>COUNSEL FOR AMICUS CURIAE<br>LOWER ELWHA KLALLAM TRIBE |

Stip. Mot. for Entry of Briefing Sched. On Remedy -
No. 3:12-CV-05109-BHS

U.S. Dept. of Justice, Environment & Natural Resources Div.
c/o U.S. Attorney's Office, 1000 SW Third Avenue
Portland, OR 97204-2902

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was today served via the Court's CM/ECF system on all counsel of record.

/s/ *Joseph T. Mathews*
JOSEPH T. MATHEWS

3

Stip. Mot. for Entry of Briefing Sched. On Remedy -
No. 3:12-CV-05109-BHS

U.S. Dept. of Justice, Environment & Natural Resources Div.
c/o U.S. Attorney's Office, 1000 SW Third Avenue
Portland, OR 97204-2902